AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Joshua J. Seibles )
*Plaintiff* )
v. )   Civil Action No.   3:13-cv-01112-TLW-SVH
Mary Deal, in her individual capacity; Stacey D. )
Haynes, individual capacity, )
*Defendants* )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Joshua J. Seibles, shall take nothing of the defendants, Mary Deal and Stacey D. Haynes, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, dismissing the action without prejudice.

Date:   June 3, 2013                              *LARRY W. PROPES, CLERK OF COURT*

                                                 s/A. Buckingham
                                                 *Signature of Clerk or Deputy Clerk*